Kurt Bonds
Nevada Bar No. 006228
ALVERSON, TAYLOR,
  MORTENSEN & SANDERS
7401 W. Charleston Blvd.
Las Vegas, Nevada 89117-1401
(702) 384-7000  Telephone
(702) 385-7000  Facsimile
kbonds@alversontaylor.com

Attorneys for Defendant,
ARS NATIONAL SERVICES, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIM TOTH,<br><br>                    Plaintiff,<br><br>vs.<br><br>ARS NATIONAL SERVICES, INC.,<br><br>                    Defendant | Case No.: 2:14-cv-01264-RCJ-PAL<br><br>**CERTIFICATE AS TO INTERESTED PARTIES**<br>(Fed. R. Civ. P. 7.1, LR 7.1-1)<br><br><br>Complaint filed: 08/01/14 |

Pursuant to LR 7.1-1, the undersigned, counsel for Defendant ARS NATIONAL SERVICES, INC. ("Defendant") certifies that there are no entities that have a financial interest in Defendant or own more than 10% of Defendant's stock.

/ / /

/ / /

/ / /

/ / /

/ / /

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated: September 9, 2014

                                                  Respectfully submitted,

*/s/ Kurt Bonds*
_____
Kurt Bonds
Nevada Bar No. 006228
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7401 W. Charleston Blvd.
Las Vegas, Nevada 89117-1401
(702) 384-7000  Telephone
(702) 385-7000  Facsimile
kbonds@alversontaylor.com

Attorneys for Defendant,
ARS NATIONAL SERVICES, INC.

N:\kurt.grp\CLIENTS\21400\21417\pleading\Corp Discl Stmt (00021747xB0CDA).docx