David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TIM TOTH, | Case No. 2:14-cv-01264-RCJ-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| ARS NATIONAL SERVICES, INC., | |
| Defendant. | |

**STIPULATION**

Plaintiff TIM TOTH and ARS NATIONAL SERVICES, INC. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ.

…

…

…

…

…

…

…

…

…

…

Page **1** of **2**

P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: February 1, 2013

| By: | /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 130<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By: | /s/Kurt Bonds, Esq.<br>Kurt Bonds, Esq.<br>Alverson Taylor Mortensen & Sanders<br>7401 W. Charleston Blvd.<br>Las Vegas, NV 89117-1401<br>*Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _____